IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-CV-1330-PSF-PAC

TERESA O'NEAL,

    Plaintiff,

v.

EAGLE BOARD OF COUNTY COMMISSIONERS,

    Defendant.

_____

ORDER FOR DISMISSAL WITH PREJUDICE
_____

    This matter is before the Court on the Parties' Joint Stipulated Motion for Dismissal with Prejudice.  The Court having reviewed the Motion and being sufficiently advised:

    HEREBY ORDERS that this matter be dismissed in every regard, with prejudice, each party to pay her or its own attorneys fees and costs in their entirety.

    DATED this 13th day of July 2005.

                                         BY THE COURT:

                                         s/Phillip S. Figa
                                         _____
                                         United States District Court Judge